

# United States District Court
## Southern District of Florida

UNITED STATES OF AMERICA
 Plaintiff

CASE NUMBER: CR: __15-2468__

vs.

REPORT COMMENCING CRIMINAL ACTION

__Guillermo Sepulveda__
 Defendant

__34143-180__
USMS NUMBER

TO: CLERK'S OFFICE   MIAMI   FT. LAUDERDALE   W. PALM BEACH
U.S. DISTRICT COURT         (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

COMPLETE ALL ITEMS.  INFORMATION THAT IS NOT APPLICABLE, MARK  N/A

(1) DATE AND TIME OF ARREST: __April 9, 2015__  A.M. __X 07:30__ P.M.

(2) LANGUAGE SPOKEN: __SPANISH__

(3) OFFENSE CHARGED: _____

(4) DATE OF BIRTH: __11-27-1971__

(5) TYPE OF CHARGING DOCUMENT:    (CHECK ONE)
    { } INDICTMENT           { } COMPLAINT TO BE FILED/ALREADY FILED
    { } BENCH WARRANT FOR FAILURE TO APPEAR
    { } PROBATION VIOLATION WARRANT
    { } PAROLE VIOLATION WARRANT
    ORIGINAL DISTRICT: _____

(6) REMARKS: __Separate from Kirk Chambers__

(7) DATE: __4-9-15__  (8) ARRESTING OFFICER: __Donald Morin__

(9) AGENCY: __FBI__     (10) PHONE: __(254) 703-3467__

(11) COMMENTS: _____