FILED by TB D.C.

Apr 23, 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**15-20293-CR-ALTONAGA/O'SULLIVAN**

CASE NO. _____

18 U.S.C. § 1951(a)
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

vs.

KIRK CHAMBERS
and GUILLERMO SEPULVEDA,
    a/k/a "Tony,"

    Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all times relevant to this indictment:

1. Defendant **KIRK CHAMBERS** was employed as a Trooper with the Florida Highway Patrol.

2. As a Florida Highway Patrol Trooper, **KIRK CHAMBERS** was not allowed to receive payments from individuals in connection with the performance or non-performance of his official duties.

3. As a Florida Highway Patrol Trooper, as part of his regular duties, **KIRK CHAMBERS** had access to police databases containing crash reports listing the names of persons involved in accidents, along with their contact information and insurance information.

4. Florida Statute Section 316.066 requires crash reports that reveal the identity, home

1

or employment number, home or employment address, or other personal information concerning the persons involved in an accident to be held confidential for a period of 60 days from the date that the report is filed. Disclosure of such confidential information to an unauthorized party is a felony under Florida State law.

## COUNT 1

The General Allegations alleged in paragraphs 1 through 4 are re-alleged and incorporated as though fully set forth herein.

From on or about September 24, 2014, through on or about November 17, 2014, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**KIRK CHAMBERS**
**and**
**GUILLERMO SEPULVEDA,**
a/k/a "Tony,"

did knowingly and willfully combine, conspire, confederate, and agree with each other to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, by means of extortion, as the terms "commerce" and "extortion" are defined in Title 18, United States Code, Sections 1951(b)(2) and (b)(3), by obtaining property from another, with his consent, under the color of official right, in violation of 18 U.S.C. §1951(a).

## COUNT 2

The General Allegations alleged in paragraphs 1 through 4 are re-alleged and incorporated as though fully set forth herein.

On or about October 10, 2014, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**KIRK CHAMBERS**
and
**GUILLERMO SEPULVEDA,**
a/k/a "Tony,"

did knowingly and willfully attempt to obstruct, delay, and affect commerce, and the movement of articles and commodities in commerce, by means of extortion, as the terms "commerce" and "extortion" are defined in Title 18, United States Code, Sections 1951(b)(2) and (b)(3), by obtaining property from another, with his consent, under the color of official right, that is, by providing access to, and copies of, Florida Highway Patrol confidential crash reports to a third party in exchange for approximately $1,000 cash, in violation of 18 U.S.C. §1951(a) and 2.

## COUNT 3

The General Allegations alleged in paragraphs 1 through 4 are re-alleged and incorporated as though fully set forth herein.

On or about October 18, 2014, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**KIRK CHAMBERS**
and
**GUILLERMO SEPULVEDA,**
a/k/a "Tony,"

did knowingly and willfully attempt to obstruct, delay, and affect commerce, and the movement of articles and commodities in commerce, by means of extortion, as the terms "commerce" and "extortion" are defined in Title 18, United States Code, Sections 1951(b)(2) and (b)(3), by obtaining property from another, with his consent, under the color of official right, that is, by providing access to, and copies of, Florida Highway Patrol confidential crash reports to a third party in exchange for approximately $1,000 cash, in violation of 18 U.S.C. §1951(a) and 2.

## COUNT 4

The General Allegations alleged in paragraphs 1 through 4 are re-alleged and incorporated as though fully set forth herein.

On or about October 31, 2014, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**KIRK CHAMBERS**
**and**
**GUILLERMO SEPULVEDA,**
**a/k/a "Tony,"**

did knowingly and willfully attempt to obstruct, delay, and affect commerce, and the movement of articles and commodities in commerce, by means of extortion, as the terms "commerce" and "extortion" are defined in Title 18, United States Code, Sections 1951(b)(2) and (b)(3), by obtaining property from another, with his consent, under the color of official right, that is, by providing access to, and copies of, Florida Highway Patrol confidential crash reports to a third party in exchange for approximately $1,000 cash, in violation of 18 U.S.C. §1951(a) and 2.

## COUNT 5

The General Allegations alleged in paragraphs 1 through 4 are re-alleged and incorporated as though fully set forth herein.

On or about November 12, 2014, through on or about November 17, 2014, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**KIRK CHAMBERS**
**and**
**GUILLERMO SEPULVEDA,**
**a/k/a "Tony,"**

did knowingly and willfully attempt to obstruct, delay, and affect commerce, and the movement of articles and commodities in commerce, by means of extortion, as the terms "commerce" and

"extortion" are defined in Title 18, United States Code, Sections 1951(b)(2) and (b)(3), by obtaining property from another, with his consent, under the color of official right, that is, by providing access to, and copies of, Florida Highway Patrol confidential crash reports to a third party in exchange for approximately $2,000 cash, paid in two installments, in violation of 18 U.S.C. §1951(a) and 2.

## CRIMINAL FORFEITURE
## 18 U.S.C. § 981(a)(1)(C)

1. The allegations of this Indictment are re-alleged and incorporated herein by reference for the purpose of alleging forfeiture to the United States of America, of property in which one or more of the defendants have an interest.

2. Upon conviction of any of the offenses alleged in Counts 1 through 5 of this Indictment, defendants **KIRK CHAMBERS** and **GUILLERMO SEPULVEDA, a/k/a "Tony,"** shall forfeit to the United States, any property, real or personal, which constitutes or is derived from proceeds traceable to the offense of conviction or conspiracy to commit such offense.

3. The property subject to forfeiture includes, but is not limited to, $6,200 in United States currency.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and the procedures set

forth at Title 21, United States Code, Section 853, made applicable by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
ANTHONY W. LACOSTA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

KIRK CHAMBERS,
and GUILLERMO SEPULVEDA,
a/k/a "Tony",
Defendants.
_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division**: (Select One)

__X__ Miami  ___ Key West
___ FTL     ___ WPB     ___ FTP

New Defendant(s)           Yes ___  No ___
Number of New Defendants   ___
Total number of counts     ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)   No
   List language and/or dialect  _____

4. This case will take __4__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   I    0 to  5 days       __X__              Petty    ___
   II   6 to 10 days       ___                Minor    ___
   III  11 to 20 days      ___                Misdem.  ___
   IV   21 to 60 days      ___                Felony   __X__
   V    61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No)  No
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)  Yes
   If yes:
   Magistrate Case No.  15-mj-02362-JJO
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___Yes __X__ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___Yes __X__ No

                                        _____
                                        ANTHONY W. LACOSTA
                                        ASSISTANT UNITED STATES ATTORNEY
                                        COURT NO. A5500698

*Penalty Sheet(s) attached                                    REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: <u>KIRK CHAMBERS</u>

**Case No**: _____

Count #: 1

<u>Hobbs Act Conspiracy – Extortion Under Color of Law</u>

<u>Title 18, United States Code, Section 1951(a)</u>

**\* Max.Penalty**:        20 years

Counts #: 2-5

<u>Hobbs Acts – Extortion Under Color of Law</u>

<u>Title 18, United States Code, Section 1951</u>

**\* Max.Penalty**:        20 years

Count #:

_____

_____

**\* Max.Penalty**:

Count #:

_____

_____

**\* Max.Penalty**:

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: <u>GUILLERMO SEPULVEDA, a/k/a "Tony"</u>

**Case No**: _____

Count #: 1

<u>Hobbs Act Conspiracy – Extortion Under Color of Law</u>

<u>Title 18, United States Code, Section 1951(a)</u>

**\* Max.Penalty**:      20 years

Counts #: 2-5

<u>Hobbs Acts – Extortion Under Color of Law</u>

<u>Title 18, United States Code, Section 1951</u>

**\* Max.Penalty**:      20 years

Count #:

_____

_____

**\* Max.Penalty**:

Count #:

_____

_____

**\* Max.Penalty**:

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.