UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 15-CR-20293

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

GUILLERMO SEPULVEDA,

           Defendant.
_____/

## ORDER TRANSFERRING CASE TO CARE COURT INITIATIVE

THIS MATTER is before the Court *sua sponte*. Good cause appearing that the above named action shall be transferred to the Honorable Patricia A. Seitz as said defendant is a participant in the CARE Court Initiative, and subject to the consent of the Honorable Patricia A. Seitz, it is

ADJUDGED that the above-numbered action is transferred to the calendar of the Honorable Patricia A. Seitz for all further proceedings consistent with the CARE Court Initiative.

DONE AND ORDERED in Miami, Florida, this 9th day of February, 2018.

*Cecilia M. Altonaga*
CECILIA ALTONAGA
UNITED STATES DISTRICT JUDGE

After reviewing the Court file in the above-numbered action, the undersigned hereby accepts the transfer of said case. Therefore, it is

ADJUDGED that all pleadings filed after this date shall bear the following case number: 15-CR-20293-SEITZ, thereby indicating the Judge to whom all pleadings should be routed.

THE FOREGOING transfer is accepted this  9th  day of February, 2018.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE