AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| GUILLERMO SEPULVEDA | ) Case No. 15-20293-CR-SEITZ |
| | ) |
| Defendant | ) |

## SUMMONS IN A CRIMINAL CASE

YOU ARE SUMMONED to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: U.S. District Court, Judge Louis 301 N. Miami Ave Miami, FL. 33028 | Courtroom No.: 11th Floor |
|---|---|
| | Date and Time: 7/31/18 1:30 PM |

This offense is briefly described as follows:

SEE ATTACHED PAGE

Date: 7/18/18

Nancy Flood
*Issuing officer's signature*

Nancy Flood, Deputy Clerk
*Printed name and title*

I declare under penalty of perjury that I have:

☒ Executed and returned this summons          ☐ Returned this summons unexecuted

Date: 7/23/18

*Server's signature*

Melissa Fife, Sr. USPO
*Printed name and title*