# MINUTE ORDER

Page 1

## Magistrate Judge Lauren F. Louis

**Atkins Building Courthouse - 11th Floor**    Date: 7/31/18    Time: 1:30 p.m.

Defendant: Guillermo Sepulveda    J#: SUMMONS    Case #: 15-20293-CR-SEITZ
AUSA: Daniel Marcet    Attorney: AFPD Vanessa Chen
Violation: Supervised Release Violation    Surr/Arrest Date:    YOB:

Proceeding: Initial Appearance    CJA Appt:
Bond/PTD Held: ☐ Yes ☑ No    Recommended Bond:
Bond Set at:    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☑ Other: Comply w/all existing conditions of Supervision

Language: English

Disposition:
Defendant advised of rights and charges

Defendant sworn; AFPD appointed

**Govt rec $25K PSB (no hrg. held); Court sets**

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 13:56:21    Time in Court: 6 mins

s/Lauren F. Louis Magistrate Judge