UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  15-20293-CR-SEITZ

UNITED STATES OF AMERICA,
                    Plaintiff,

v.

GUILLERMO SEPULVEDA,
                    Defendant.
_____/

### MOTION TO CONTINUE FINAL REVOCATION HEARING

The Defendant, Guillermo Sepulveda, through undersigned counsel, moves this Court to continue the Final Revocation Hearing in this matter, and states that:

A hearing to address Mr. Sepulveda's alleged violations of his supervised release conditions is currently set for August 28, 2018 at 11:00 a.m.  At 10:00 a.m. that day, undersigned counsel is scheduled to appear before the Honorable Alicia Otazo-Reyes for the continuation of a competency hearing in *United States v. Julius Lockhart*, Southern District of Florida case number 17-20775-Cr-Moreno.  That hearing was not completed during its initial setting because of the unavailability of a Bureau of Prisons psychologist, who has since agreed to appear on August 28. Examination of that witness will understandably last more than one hour.  Counsel therefore requests that the hearing in the instant case be continued to enable him to attend the hearing in *Lockhart*.

The undersigned has not been able to discuss the requested relief with Assistant United States Attorney Anthony Lacosta.

1

WHEREFORE, the Defendant requests that the Final Revocation Hearing here be continued.[1]

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

BY:    s/ Eric M. Cohen
Eric M. Cohen
Assistant Federal Public Defender
Florida Bar No. 328065
150 West Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel:  305-530-7000/Fax:  305-536-4559
E-Mail Address: Eric_Cohen@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2018, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF and has served same via U.S. Mail to those counsel(s) who are not authorized to receive electronically Notice of Electronic Filing.

  s/ Eric M. Cohen
Eric M. Cohen

---

[1] Counsel further requests that the hearing not be scheduled between September 14 and September 23, 2018, inclusive, as he has a prepaid vacation scheduled for that period.

2

3