UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-20293-CR-SEITZ

UNITED STATES OF AMERICA,

vs.

GUILLERMO SEPULVEDA,
USM No.34143-180
_____/

## ORDER RE-INSTATING SUPERVISED RELEASE AND REQUIRING ADDITIONAL CONDITIONS OF SUPERVISION

**THIS CAUSE** came before the Court upon the United States Probation Office's Petition for Revocation of Supervised Release. In the Petition, the United States Probation Office alleges that the Defendant violated conditions of his Supervised Release. The Court held a hearing on the Petition on September 12, 2018. The Defendant has admitted the violations 2,3 and 4 and the remaining alleged in the Petition counts were dismissed. Based thereon, it is hereby

**ORDERED** that the Supervised Release term imposed by this Court, is hereby **REINSTATED** with the following additional conditions of supervised release:

1. The Defendant shall be on a curfew and restricted to his residence for a period of ninety **(90)** days from 8:00 p.m. to 6:00 a.m. every day. This curfew will include a telephone monitoring/verification system. The defendant shall maintain a telephone at his place of residence without "call forwarding", "call waiting", a modem, "caller ID", or "call back/call block" services for the above period . There Defendant shall comply with the curfew hours and not request any modifications for the first 30 days. Any adjustments to the curfew hours for the Defendant's employment must be approved by U.S. Probation.

2. The Defendant shall not enter into international waters during work or for pleasure.

3. The Defendant shall perform a minimum of (15) hours of community service per month as directed by the U.S. Probation Officer.

All other provisions of the original Judgment Order entered by Judge Cecilia Altonaga on August 4, 2015 shall remain in full force and effect.

**DONE AND ORDERED** in Miami, Florida this 13th day of September, 2018.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copied: Counsel of Record
Melissa Fife, USPO